AIGP 13Ten, LLC dba
East Ponce Village
1310 Wood Band Drive
Stone Mountain, GA, 30326    7704984281
Plaintiffs Name, Address & Phone No.
VS

Amber Johnson,
And All Others
1331 Wood Band Drive
Stone Mountain, GA, 30083

**Defendants Name and Address**

**MAGISTRATE COURT OF DEKALB COUNTY**

**DISPOSSESSORY WARRANT**

Case No. 26D08012

Plaintiff's Attorney and Address
Ga. Bar No. 967744

June James

ATTORNEY IN-FACT

Personally appeared the undersigned who upon oath says that he is owner (a/k/), (attorney at law), (agent), (attorney in-fact) for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address in DeKalb County.

FURTHER:

☒ That said tenant fails to pay rent now due thereon;
☐ That tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
☐ That said tenant is a tenant at sufferance;

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

PLAINTIFF PRAYS:
(a) judgment for the past due rent in the amount of $ 4647.00
(b) rent occurring up ot the date of judgement or vacancy at the rate of $ 1549.00 _____ per month
(c) other 450.00 LATE FEE + All Costs & 152.23 UTILITY FEES & NSF FEE $ 111.00 OTHER FEES

**SUMMONS**

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally (orally means in front of a deputy clerk). If such answer is not made to said affidavit on or before the 14 day of April, 2026, a writ of possession shall issue instanter as by law provided, and a judgement by default will be taken against you for all rents demanded in the complaint.

Witness, the Honorable Judges of Said Court

Sworn to, subscribed and filed before me, this

March 25 _____, 20 26

By: _____
Deputy Clerk

/s/ Abby Hart
Affiant

Phone No. (898) 351-7955

DeJanae Brown
MY COMMISSION EXPIRES
NOTARY PUBLIC
09/02/2029
DEKALB COUNTY GEORGIA

**AFFIDAVIT OF SERVICE**

I have served the foregoing Affidavit and Summons on the Defendant(s) by delivering a copy of the same:
[ ] Personally                                      [ ] Defendant not found in the jurisdiction of this court

[ ] To a person sui juris residing on the premises  (Name) _____

Age ____    Wt. ____    Ht. ____    Other _____

[ ] By posting a copy of the summons and the affidavit on the door of the premises and, on the same day of such posting, by enclosing, directing, stamping, and mailing by first-class mail a copy of the summons and the affidavit to the defendant at the last known address. Said copy contained notice to the defendant(s) to answer at the place stated in said summons.

Date Of Service 4-7-26

Sworn to before me _____

_____
Professional Process Server

Notary Public, State of Georgia